FILED: March 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1081 (L)
(1:12-cv-00333-CCE-JEP)

_____

KENNETH L. HUNTER; RICK A. DONATHAN; JERRY D. MEDLIN

      Plaintiffs - Appellees

v.

TOWN OF MOCKSVILLE, NORTH CAROLINA; ROBERT W. COOK, in his official capacity as Administrative Chief of Police of the Mocksville Police Department and in his individual capacity; CHRISTINE W. BRALLEY, in her official capacity as Town Manager of the Town of Mocksville and in her individual capacity

      Defendants - Appellants

_____

O R D E R

_____

      The court extends the briefing schedule as follows:

      Appendix due: 04/28/2014

      Opening brief due: 04/28/2014

      Opening/response brief due: 05/30/2014

      Response/reply brief due: 07/02/2014

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>